# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 19-15642 |
| | ) |
| Tareq A. Allan, | ) Chapter 7 Case |
| | ) |
| Debtor. | ) Judge Jessica E. Price Smith |
| | ) |
| Raida A. Allan | ) |
| 5045 Devon Road | ) Adv. No.: |
| North Olmsted., OH 44070, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| Tareq A. Allan | ) |
| PO Box 30416 | ) |
| Middleburg Heights, OH 44130, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

Now comes Plaintiff, Raida A. Allan, by and through her counsel, and for her complaint herein states as follows:

1. Jurisdiction of the Court over this Adversary Proceeding is based upon 28 U.S.C. §§1334(b), 157(a) and 157(b) and, in this District, upon General Order No. 2012-7 entered in the United States District Court for the Northern District of Ohio on April 4, 2012, in that this action arises in the bankruptcy case of Tareq A. Allan filed on September 10, 2019, as a case under Chapter 7 of the Bankruptcy Code and being Case No. 19-15642 presently pending before this Court.

2. This Adversary Proceeding is a core proceeding as that term is defined in 28 U.S.C. §157(b)(2)(I).

3. This complaint is brought pursuant to the provisions of §523(a)(5) of the Bankruptcy Code.

4. The Plaintiff, Raida A. Allan, is the former wife of the Defendant, Tareq A. Allan.

5. The marriage of the parties was dissolved by a Judgment Entry entered on April 20, 2018, in Case No. DR15 355865, Court of Common Pleas, Division of Domestic Relations, Cuyahoga County, Ohio.

6. Pursuant to the Judgment Entry the Defendant became obligated and was ordered to pay Plaintiff spousal support and child support upon the terms and conditions set forth therein.

7. There is due and owing on the obligation described in the Judgment Entry the amount of not less than $485,873.41, together with interest thereon and attorneys' fees.

8. The obligation of Defendant to Plaintiff as described in the Judgment Entry is a domestic support obligation as set forth in §523(a)(5) of the Bankruptcy Code.

9. As such, Defendant's obligation to Plaintiff is excepted from the Defendant's discharge pursuant to the provisions of §523(a)(5) of the Bankruptcy Code.

WHEREFORE, Plaintiff demands judgment, pursuant to §523(a)(5) of the Bankruptcy Code, excepting from discharge the obligation of Defendant to Plaintiff as described herein.

*/s/ David O. Simon*

_____
David O. Simon, #0006050
D. O. Simon Company, LPA
55 Public Square, Suite 2100
Cleveland, OH 44113-1902
(216) 621-6021; Fax: (888) 467-4181
david@simonlpa.com
Attorney for Plaintiff