**IT IS SO ORDERED.**

**Dated: 7 January, 2020 12:45 PM**

Jessica E. Price Smith

JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 19-15642** |
| | ) | |
| **Tareq A. Allan,** | ) | **Chapter 7 Case** |
| | ) | |
| **Debtor.** | ) | **Judge Jessica E. Price Smith** |
| | ) | |
| | ) | **AGREED ORDER FOR RELIEF** |
| | ) | **FROM STAY AND ABANDONMENT** |
| | ) | |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Raida A. Allan ("Movant).

By agreement of the parties, the Court finds that Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Trustee, and all other necessary parties were served with the Motion and an opportunity to request a hearing. No party has filed a response or otherwise appeared in opposition to the Motion.



19-15642-jps Doc 27 FILED 01/07/20 ENTERED 01/08/20 08:13:44 Page 1 of 3

Based on this and by agreement of the parties, it appears appropriate to grant the relief requested.

**IT IS, THEREFORE, ORDERED,** by agreement of the parties:

1. The Motion is granted and the automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns, to enable Movant to continue the prosecution of the Cuyahoga County Litigation (as defined in the Motion) under applicable nonbankruptcy law.

2. The Chapter 7 Trustee is authorized and directed to abandon his interest in the Cuyahoga County Litigation pursuant to the provisions of §554 of the Bankruptcy Code provided, however, that the Chapter 7 Trustee reserves an interest in the Cuyahoga County Litigation to the extent it results in a judgment in favor of Movant and the proceeds of such judgment exceed the amount of Movant's claim in such litigation.

3. Upon conclusion of the Cuyahoga County Litigation, Movant shall promptly report the results thereof to the Chapter 7 Trustee for the purposes set forth herein.

4. In the event this bankruptcy case is closed at the time a judgment is entered in favor of Movant and if administering a recovery in the Cuyahoga County Litigation, to the extent it exceeds the amount of Movant's claim, would be in the best interest of the bankruptcy estate, then the Chapter 7 Trustee shall have sufficient cause to reopen this bankruptcy case pursuant to the provisions of §350(b) of the Bankruptcy Code to administer the asset.

# # #

**Submitted and Approved by:**

*/s/ David O. Simon*
David O. Simon, #0006050
D. O. Simon Company LPA
55 Public Square, Suite 2100
Cleveland, OH 44113-1902
(216) 621-6201; Fax: (888) 467-4181
david@simonlpa.com
Attorney for Movant

*/s/ Robert D. Barr*
Robert D. Barr, #0067121
Koehler Fitzgerald LLC
1111 Superior Avenue East, Suite 2500
Cleveland, OH 44114
(216) 744-2739; Fax : (216) 916-4369
rbarr@koehler.law
Attorney for Trustee

Service:

David O. Simon, Esq. (ECF)
Robert D. Barr, Esq. (ECF)
Alan J. Treinish, Trustee (ECF)
United States Trustee (ECF)
Mary E. Papcke, Esq. (ECF)