**IT IS SO ORDERED.**

**Dated: 11 February, 2026 04:06 PM**

**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TAREQ ALLAN | ) | Case No. 19-15642 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | Judge Jessica E. Price Smith |
| | ) | |
| | ) | **ORDER FOR PAYMENT OF** |
| | ) | **FEES AND EXPENSES** |

********************************************************************************

After hearing(s) held under Federal Rule of Bankruptcy Procedure 2002(a)(6) and (f) and/or the Court's consideration of applications for compensation and reimbursement of expenses properly before it, and further, the Clerk having calculated the miscellaneous fees owed under 28 U.S.C. § 1930(b), IT IS ORDERED that these fees and expenses shall be paid by the Trustee from the estate:

| | | |
|---|---|---|
| TRUSTEE FEE: | Robert Barr | $450.00 |
| TRUSTEE EXPENSES: | Robert Barr | $1.48 |
| PREVIOUS TRUSTEE FEES: | Alan Treinish | $450.00 |
| PREVIOUS TRUSTEE EXP.: | Alan Treinish | $0 |
| ATTORNEY FOR DEBTOR FEE: | | $0 |
| ATTORNEY FOR DEBTOR EXP.: | | $0 |
| ACCOUNTANT FEE: | | $0 |
| ACCOUNTANT EXP.: | | $0 |
| U.S. TRUSTEE QUARTERLY FEES: | | $0 |
| OTHER: | | $0 |

FEES PAYABLE TO THE CLERK, U.S. BANKRUPTCY COURT:

| | |
|---|---|
| RE-OPENING | $0 |
| COMPLAINTS | $0 |
| NOTICE FEES | $0 |
| LABELS/COPIES | $0 |

Total Fees Payable To The Clerk, U.S. Bankruptcy Court: $0

IT IS FURTHER ORDERED that these fees and expenses shall be paid only after a Report of Distribution, reviewed by the Office of the U.S. Trustee, has been filed with the Court.

Served the following parties via Email/Bankruptcy Noticing Center.

Robert Barr, Chapter 7 Trustee
Andrew R. Vara, U.S. Trustee
Alan Treinish